

# Fourth Court of Appeals
## San Antonio, Texas

July 25, 2018

No. 04-18-00485-CV

**IN THE INTEREST OF A.R.P.**,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-0449-CV-A
Honorable Thomas Nathaniel Stuckey, Judge Presiding

# O R D E R

      This is an accelerated appeal of an order terminating the appellant's parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The reporter's record, which was due to be filed on July 23, 2018, has not been filed. It is therefore ORDERED that the reporter's record must be filed in this appeal no later than ten days from the date of this order. TEX. R. APP. P. 35.3(c). **FURTHER REQUESTS FOR EXTENSIONS OF TIME ARE DISFAVORED.**

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court